IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM FOSTER,

      Petitioner,               No. CIV-07-0238 ALA HC

  vs.

A.P. KANE,

      Respondent.           <u>ORDER</u>

_____/

      The parties are directed to file, on or before December 31, 2007, simultaneous briefs consisting of no more than 7 pages, discussing the following issues:

      (1) What is the applicability, if any, of *Irons v. Carey,* 479 F.3d 658 (9th Cir. 2007) to the question whether Petitioner is entitled to habeas relief on his claim that denial of his parole application violated due process?

      (2) Is a District Court required to grant habeas relief on the basis of the law of the Ninth Circuit when that law does not represent "clearly established Federal law, as determined by the Supreme Court of the United States," 28 U.S.C. § 2254(d)(1)?

/////

DATED: December 19, 2007

                                       /s/ Arthur L. Alarcón
                                       UNITED STATES CIRCUIT JUDGE
                                       Sitting by Designation