IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIAM FOSTER,

      Petitioner,               No. CIV-07-0238 ALA HC

  vs.

A.P. KANE,

      Respondent.          ORDER

_____/

      Petitioner has filed a request for an extension of the time within which to file the brief called for by our December 19, 2007, order. That request will be granted.

      Good cause appearing, IT IS HEREBY ORDERED GRANTING Petitioner's January 7, 2008, request for an extension of time to comply with the court's December 19, 2007, order. Plaintiff is directed to file his brief described in the December 19, 2007, order by January 17, 2008.

/////

DATED: January 9, 2008

                                      /s/ Arthur L. Alarcón
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation